IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN PURNELL              :
                               :
v.                             :   CIVIL ACTION NO. 22-2773
                               :
GOODLEAP, LLC., *et al.*       :

### ORDER

AND NOW, this  31st  day of March, 2023, upon consideration of Plaintiff's Motion to Remand (ECF No. 7), it is **ORDERED** as follows:

1. The Motion to Remand is **GRANTED**; and

2. The above-captioned matter is **REMANDED** to the Court of Common Pleas of Philadelphia County;

3. Defendant Sunrun Inc., Leroi Taylor, Vivint Solar Developer, LLC, and Vivint Solar, Inc.'s Motion to Compel Arbitration (ECF No. 5), Defendant Goodleap, LLC's Motion to Compel Arbitration and Stay Litigation (ECF No. 6), Defendant Sunrun Inc, Leroi Taylor, Vivint Solar, Defendant Sunrun Inc., Leroi Taylor, Vivint Solar Developer, LLC, and Vivint Solar, Inc.'s Motion for Leave to File Reply Brief (ECF No. 9), and Defendant Goodleap, LLC's Motion to File Reply Brief (ECF No. 10) are **DENIED as MOOT**; and

4. It is **ORDERED** that this matter shall be marked **CLOSED**.

BY THE COURT:

 /s/ *R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**